## MICHAEL SCHIAVONE & SONS, INC. *v.*
## UNITED STATES

No. 722.   Decided January 12, 1970

*Joseph S. Oteri* for appellant.

*Solicitor General Griswold* for the United States.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.

## ATCHISON, TOPEKA & SANTA FE RAILWAY CO.
## ET AL. *v.* UNITED STATES ET AL.

No. 741.   Decided January 12, 1970

*James E. Nisbet, Ed White,* and *Jeremiah C. Waterman* for appellants.

*Solicitor General Griswold, Assistant Attorney General McLaren, Fritz R. Kahn,* and *Jerome Nelson* for the United States et al., and *Warren Price, Jr.,* and *John W. McConnell, Jr.,* for Sea-Land Service, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.